

FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0439

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0439

_____

LVNV FUNDING, LLC,

      Plaintiff and Appellee,

v.

TANA TOREN WOEPPEL,

      Defendant and Appellant.

O R D E R

_____

Appellant Tana Toren Woeppel has filed a motion for extension of time to file her opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 17, 2023, to file her opening brief.

DATED this 23 day of October, 2023.

For the Court,

_____
Chief Justice